No. 225. ESTATE OF MULARKEY: MULARKEY, Appellant, v. CALLAHAN, Personal Representative, Respondent.

(Also reported in 212 N. W. 2d 171.)

For the appellant the cause was submitted on the briefs of *Francis R. Bannen* of Wisconsin Dells.

For the respondent the cause was submitted on the brief of *Callahan, Arnold & Stoltz* of Columbus.

Judgment affirmed.

No. 240. HUYEN, Individually and as Special Administratrix, Appellant, v. DAIRYLAND INSURANCE COMPANY and another, Respondents.

(Also reported in 212 N. W. 2d 172.)

For the appellant the cause was submitted on the brief of *S. A. Schapiro* of Milwaukee.

For the respondent the cause was submitted on the brief of *Cook & Franke, S. C.*, attorneys, and *Terence T. Evans* of counsel, all of Milwaukee.

Judgment affirmed.